**DAY PITNEY LLP**
(MAIL TO) P.O. BOX 1945 MORRISTOWN, N.J.  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
DSAGER@DAYPITNEY.COM
(973) 966-6300

Attorneys for Plaintiff/Counterclaim Defendant
Wingate Inns International, Inc. and
Third-Party Defendant Robert Loewen

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation, successor in interest to Hotel Franchising Limited Partnership d/b/a Wingate Inns, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HIGHTECH INN.COM, LLC, an Oregon Limited Liability Company; ENGINEERING DESIGN CORPORATION, an Oregon Corporation; SHANTU SHAH, an individual; and BAKULESH PATEL, an individual, <br><br> Defendants. | HON. JOSEPH A. GREENAWAY, JR. <br> Civil Action No. 07-5014 (JAG) <br><br><br><br> **THIRD-PARTY DEFENDANT ROBERT LOEWEN'S APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** <br><br><br> (Document Electronically Filed) |

83020558A02021308

SHANTU SHAH, an individual,                          :

        Cross-Complainant,                       :

v.                                                   :

HIGHTECH INN.COM, LLC, an Oregon                     :
Limited Liability Company; and
BAKULESH "BUGGSI" G. PATEL, an                       :
individual,
                                                     :
        Cross-Defendants.                        :

---

                                 :

SHANTU SHAH, an individual,                          :

        Third-Party Plaintiff,                   :

v.                                                   :

BUGGSI HOSPITALITY GROUP, LLC, an                    :
Oregon Limited Liability Company; RAJU
PATEL, an individual; and ROBERT                     :
LOEWEN, an individual,
                                                     :
        Third-Party Defendants.                  :

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which third-party defendant Robert Loewen ("Mr. Loewen") may answer, move or otherwise reply to third-party plaintiff Shantu Shah's Third-Party Complaint (the "Third-Party Complaint") for a period of fifteen days, up to and including March 5, 2008; and it is represented that:

        1.    Mr. Loewen was served with the Third-Party Complaint on December 18, 2007;

2.   Mr. Loewen executed a waiver of service pursuant to Fed. R. Civ. P. 4(d)

and, thus, Mr. Loewen's time to answer, move or otherwise reply expires on February 19, 2008;

and

3.   No previous extension has been obtained.

s/ David S. Sager\
DAVID S. SAGER\
DAY PITNEY LLP\
P.O. Box 1945\
Morristown, NJ 07962\
(973) 966-6300\
dsager@daypitney.com

Attorneys for Plaintiff/Counterclaim Defendant\
Wingate Inns International, Inc.\
and Third-Party Defendant Robert Loewen

Dated: February 13, 2008

## ORDER

The above application is ORDERED GRANTED and the time within which third-party defendant Robert Loewen shall answer, move or otherwise reply to third-party plaintiff Shantu Shah's Third-Party Complaint is extended through and including March 5, 2008.

ORDER DATED: February    , 2008

WILLIAM T. WALSH, Clerk

By: _____

Deputy Clerk

4