|  |  |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | |
| -vs- | Civil Action No. 07-5014 (JAG) |
| | ORDER |
| HIGHTECH INN.COM, LLC, et al., | |
| Defendant(s), | |

**THIS MATTER** having come before the Court, on application of defendant, Shantu Shah for permission to file a motion for summary judgment before the expiration of discovery; and

It appearing that this Court does not permit the filing of dispositive motions before the close of fact discovery without leave of court; and

It further appearing that no such leave was obtained in this case; and

It further appearing that during the Rule 16 Scheduling Conference on March 31, 2008, the parties consented to a stay of discovery pending a decision by District Judge Greenaway on third-party defendant, Robert Loewen's motion to dismiss the Third-Party Complaint (Docket No. 32), and for good cause shown;

**IT IS on this 20th day of May, 2008,**

**ORDERED** that:

Defendant Shah's motion for summary judgment (Docket No. 59) is hereby dismissed without prejudice. Defendant Shah can refile his motion after the conclusion of discovery.

                                             _s/Madeline Cox Arleo_
                                             MADELINE COX ARLEO, U.S.M.J.

Original:    Clerk
cc:           Joseph A. Greenaway, Jr., U.S.D.J.
               File