**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 07-5014 (JAG) |
| v. : | |
| : | **ORDER** |
| HIGHTECH INN.COM, LLC, et al., : | |
| : | |
| Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion (Docket Entry No. 32) of third party defendant Robert Loewen ("Loewen") to dismiss the third party complaint of third party plaintiff Shantu Shah ("Shah") or alternatively for a more definite statement. This Court, having reviewed the parties' submissions, and for the reasons set forth in this Court's opinion, and for good cause,

IT IS, on this 30th day of December, 2008,

ORDERED that Loewen's motion (Docket Entry No. 32) to dismiss the third party complaint is GRANTED; and it is further

ORDERED that third party plaintiff Shah has thirty (30) days to file an amended complaint, in accordance with the guidelines set forth in the opinion; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

  S/Joseph A. Greenaway, Jr.
  JOSEPH A. GREENAWAY, JR., U.S.D.J.